UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ELI STOVER,<br><br>    Defendant. | NO. CR-05-018-RHW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO SEVER; MOTION FOR BILL OF PARTICULARS** |

Before the Court is Defendant's Motion to Sever. A hearing was held on the motion on April 21, 2005. Defendant was present and represented by Richard Wall. The Government was represented by Russell Smoot. Also before the Court is Defendant's Motion for Bill of Particulars. A hearing was held on the motion on March 11, 2005. At that time, the Court reserved ruling on this motion.

For the reasons stated on the record, Defendant's Motion to Sever and Motion for Bill of Particulars is denied.

**Accordingly, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Sever (Ct. Rec. 31) is **DENIED.**

2. Defendant's Motion for Bill of Particulars (Ct. Rec. 24) is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order and to provide copies to counsel for Defendant only.

**DATED** this 2nd day of May, 2005.

s/ ROBERT H. WHALEY
United States District Court

Q:\CRIMINAL\2005\Spokane Cocaine Conspiracy\Stover\deny.order.wpd

**ORDER DENYING DEFENDANT'S MOTION TO SEVER; MOTION FOR BILL OF PARTICULARS** ~1